

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00432-CV

**TOUCHSTONE COMMUNITIES, INC.**, and Touchstone Strategies-Stone Oak2 LLC,
Appellants

v.

Dorothy M. **HUTTINGER**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI24482
Honorable Aaron Haas, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED. The case is remanded to the trial court with instructions to award Touchstone Communities, Inc., and Touchstone Strategies-Stone Oak2 LLC the reasonable attorney's fees and costs they have incurred and to dismiss Dorothy M. Huttinger's healthcare liability claims with prejudice.

SIGNED May 20, 2021.

_____
Luz Elena D. Chapa, Justice